# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHONY MARK

VERSUS

RICHARD D. MCSHAN, WALTERS,
THOMAS & CULLENS, LLC, AND
J. NEALE DEGRAVELLES, AS
INTERESTED COUNSEL OR
CLAIMANTS TO SETTLEMENT
PROCEEDS

NO.  2026 CW 1035

**AUGUST 13, 2026**

---

In Re:    Stephony Mark, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20260002739.

---

**BEFORE:    McCLENDON, C.J., HESTER AND MILLER, JJ.**

**WRIT DENIED.** This matter was properly set for contradictory
hearing.  <u>See</u> La. Code Civ. P. art. 963.

                         **PMc**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT